IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| TAMMY BARNETT, | Civil Action |
| Plaintiff, | No. 1:17-cv-167 |
| v. | Judge Keeley |
| ANTERO RESOURCES CORPORATION, | |
| Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the pending lawsuit against Defendant, with prejudice. Each party shall bear its own costs.

Dated: April 23, 2018

Respectfully submitted,

/s/  Christi Wallace                          /s/ David Frame

CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower, 48th Floor
600 Grant Street, Suite 4875
Pittsburgh, PA  15219
cw@lawkm.com

DAVID FRAME, ESQ.
Suite 2, Nationwide Building
493 Washington Ave.
Clarksburg, WV 26301
Dwframe@framelaw.com

SO ORDERED:   April 24, 2018

_/s/ Irene M. Keeley_
_____
Honorable Irene M. Keeley